UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

**JOHN BOLLING,**
  *PLAINTIFF,*

v.                                                          CIVIL ACTION NO. 2:23cv17

**MINE SAFETY APPLIANCES CO.,**
  *DEFENDANT.*

### ORDER

In accordance with the Federal Rules of Civil Procedure and Local Rule 6(d), Plaintiff's Motion for Admission Pro Hac Vice on behalf of John Timothy Givens, (Docket Item No. 5), is hereby **GRANTED**.

**ENTERED:**     June 20, 2023.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE